

FILED

FEB 27 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | Case No. 1:19-cv-00951-NONE-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JAMES CATO, JR., CDCR # H-35663 |
| M. DENNING, *et al.*, | |
| Defendants. | |

A settlement conference in this matter commenced on February 27, 2020. Inmate James Cato, Jr., CDCR # H-35663, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/27/2020

UNITED STATES MAGISTRATE JUDGE

1